UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**RECEIVED BY MAIL**
AUG 30 2017
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

John- Henry :Doe
    Claimant,

vs.

Case No. 17cv4048 PJS/SER
(To be assigned by Clerk of District Court)

MOWER COUNTY SHERIFF OFFICE
DEPUTY OFFICER; JASON BRESSER
    Defendant(s).

DEMAND FOR JURY TRIAL
(PURSUANT OF THE 7TH AMENDMENT)
YES X  NO ___

Parties:

a. Claimant;

Name: John- Henry :Doe

Mailing location: P.O. Box 125 Le Roy, Minnesota [55951]

Phone: N/A

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served.

a. Defendant(s) No. 1

Name: MOWER COUNTY SHERIFF OFFICE

Street address: 201 1st St NE

County, City: County of Mower, City of Austin

State & Zip code: State of Minnesota, 55912

1

SCANNED
AUG 30 2017
U.S. DISTRICT COURT ST. PAUL

RECEIVED BY MAIL
AUG 30 2017
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Phone: 507-437-9400

b. Defendant(s) No.2

Name: JASON BRESSER; Badge Number; 5015

Street address: 201 1st St NE

County, City: County of Mower, City of Austin

State & Zip code: State of Minnesota, 55912

Phone: 507-437-9400

## COMPLAINT & STATEMENT OF THE CLAIM

1. I, a man, John- Henry :Doe, claims that the MOWER COUNTY SHERIFF OFFICE AND DEPUTY OFFICER JASSON BRESSER (herein "Defendants") knowingly, intentionally, and willfully by force and intimidation kidnapped and assualted me, against my will, under color of law with the statutes, ordinance, regulations, and customs of the State of Minnesota, in which said Defendants conspired to deprive, and arbitrarily subject me to the deprivation of my unalienable right(s) and civil liberties to travel freely without government interferance, which evidence will show and prove the rights and civil liberties are secured by the Constitution for the United States of America and Laws thereof.

2. The said Defendants trespass transpired on or around the month of May, of the 18th day, of the year 2015 A.D., at the time of or near 2:50 p.m., at or near the 14th Street/I-90 intersection, near Austin, Minnesota.

a. The Defendants knowingly neglected and refused to prevent directly or indirectly the wrongs and injuries conspired to be done or that have been done to the Claimant by actual partaking in the wrongs done unto the Claimant.

b. At the above time mentioned, the Claimant was stopped by the Defendants while exercising his right to travel unhindered upon the roadways at the above location on the North American terra firma. The original reason for the stop of the Claimant, by the Defendants was because the Defendants "noticed the Claimant's automobile had no front plates." The Defendants then used it's

emergency lights to pull over the Claimant, even though there was no emergency ab initio.

c. During said stop, the Claimant proclaimed for the Defendants of his status and nationality and asserted he was exercising his rights secured by the Constitution for the United States of America. The Claimant was not operating in commerce on the roadways as a "person" or "corporation," subject to statutory provisions. Therefore the Defendants knew that the Claimant remains only subject to the common law, natural law and law of nations. Furthemore, the Claimant's "automobile" was NOT registered with the State of Minnesota Department of Motor Vehicles at the time of the stop. Evidence will show and prove that if the Claimant's automobile is not registered, then it is not a "motor vehicle" and there are no motor vehicle statutes to "violate." There are "common law rules" of the road, that is if you don't cause an injury to anybody then you cannot be charged with a violation or arrested. The Defendants did not witness the Claimant cause injury to another [wo]man or damage property, therefore there was no authority or probable cause under the duty of the Defendants official capacity to make said stop ab initio.

d. The Defendants stopped the Claimant without a warrant or a verified complaint signed by an injured party that would have provided the Defendants with probable cause to make such a stop of the Claimant and his private property.

e. The Defendants proceeded to harass the Claimant and unlawfully arrest the Claimant for "Driving without a license," in which evidence will show and prove there is a legal distinction between the privilege of "driving" and the exercise of the "right to travel."

f. The Defendants claimed that they needed to "take the Claimant in to jail because of his claim of who he is and him being from a differant nation of people," and for the reason of the Claimant not wanting to "follow the statutes and codes of the State of Minnesota" and purchase a "Drivers Licsense" from the private business called the "Department of Motor Vehicles," in which evidence will show and prove said actions by the Defendants is conspiracy to "force association," in violation of the 1st Amendment of the Constitution for the United States of America and an attempt by the Defendants to convert a right into a licensed privilege, in which the Defendants have no authority to make void the rights secured by the Constitution for the United States of America under their police powers and local practices,

to wit.

g. The Defendants proceeded to unlawfully arrest and seize the Claimant and his property and transport the Claimant to the MOWER COUNTY JAIL, located at 201 1st St NE, in Austin, MN, where the Claimant was held for an estimated 4 hours without due process of the law, clearly in violation of the 4th and 5th Amendment to the Constitution for the United States of America.

h. The Defendants then extorted $300 from the Claimant, for the release of him and his property from the custody of the Defendants, so for the Claimant to be at liberty from the unlawful restraint of the Defendants, after the Defendants violation of the Claimant's rights secured by the Constitution for the United States of America and laws thereof.

i. Said trespass by the Defendants caused injury for the Claimant, and said actions of the Defendants are in contradiction to the oath of office said Defendants took to uphold and support the Constitution for the United States of America, in which said Defendants actions are the antithesis of the Constitution and laws of the United States of America.

### Case Laws in Support of Claim

a. See Exhibits.

### Governing Laws that will be applied for this case

1. Declaration of Independence of July 4, 1776,
2. The Articles of Confederation of November 15, 1777,
3. The Northwest Ordinance of July 13, 1787,
4. The Constitution for the United States of America of September 17, 1787.
5. Public Law 97-280.
6. Treaty of Peace and Friendship of 1787.
7. United Nations Declaration on the Rights of Indigenous Peoples of 2007 (adopted by the United States in 2010.)

### Jurisdiction

a. This court has jurisdiction pursuant of Article III Section II of the Constitution for the United State of America, and under the common law pursuant of the Northwest ordinance of 1787.

1. Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

2. What is the basis for federal court jurisdiction? (check all that apply)

☒ Federal Question       ☒ Diversity of Citizenship

3. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

a.) 1st Amendment violation;
b.) 4th Amendment violation;
c.) 5th Amendment violation;
d.) 6th Amendment violation;
e.) 8th Amendment violation;
f.) 9th Amendment violation;
g.) 10th Amendment violation;
h.) 14th Amendment violation;
i.) 42 U.S. Code § 1983 - Civil action for deprivation of rights;
j.) 42 U.S. Code § 1985 (3) - Conspiracy to interfere with civil rights;
k.) Hobbs Act;
l.) 18 U.S. Code § 872 - Extortion by officers of the United States;
m.) 18 U.S. Code § 241 - Conspiracy against rights;
n.) 18 U.S. Code § 242 - Deprivation of rights under color of law;
o.) 5 U.S.C. 7311 -
p.) Treaty of Peace and Friendship of 1787; Article XXI.

4. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Claimant must be diverse from each Defendant for diversity jurisdiction.

Claimant Name:                              State of Citizenship:

| | |
|---|---|
| John-Henry :Doe | Moor-American :National |
| Defendant No.1 | State of Citizenship: |
| MOWER COUNTY SHERIFF OFFICE | U.S. CITIZEN |
| Defendant No.2: | State of Citizenship: |
| JASON BRESSER | U.S. CITIZEN |

What is the basis for venue in the District of Minnesota? (check all that apply)

[X] Defendant(s) reside in Minnesota.
[X] Facts alleged and claimed primarily occurred in Minnesota.

**DEMAND FOR RELIEF**

a. For the trespasses by the Defendants of the Claimants rights, the Claimant requires compensation of $1,250,000 USD for the monetary damages.

b. If the Defendants moves to dismiss this suit, the Claimant Demands that this suit be heard by the Jury Demanded, and only be dismissed if the Jury considers it lack of merits.

_____
Claimant; In Rerum Natura; All Rights Reserved.

Signed this 29 day of Aug. 2017

Notary:

State of _____
County of _____
My Commission Expires: _____

Signature: _____

Signed this ____ day of _____

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 29 DAY OF Aug 2017
_____
COURT ADMINISTRATORS OFFICE
MOWER COUNTY, MN

PURSUANT TO MS253.43
COURT ADMINISTRATORS OFFICE
MOWER COUNTY, MN