UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN-HENRY DOE, | Case No. 17-CV-4048 (PJS/SER) |
| Petitioner, | |
| v. | ORDER |
| MOWER COUNTY SHERIFF OFFICE and DEPUTY OFFICER JASON BRESSER, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 14, 2017 　　　　　　　　　　　*s/Patrick J. Schiltz*
　　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge